IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 20-20109-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

JOSE FLIVIO PENA ENRIQUEZ et al.,

Defendants.

## UNSEALING ORDER

THIS CAUSE is before the Court on the Government's Motion to Unseal. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Unseal is GRANTED; the indictment and arrest warrants associated with this case number SHALL be UNSEALED.

**DONE AND ORDERED** in Miami, Florida this 18th day of April, 2023.

HONORABLE EDWIN G. TORRES
UNITED STATES CHIEF MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA