UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20109-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

TULIO PENA ENRIQUEZ,

       Defendant.
_____/

## STIPULATED FACTUAL PROFFER

Should this case have proceeded to trial, the United States would be able to prove the following beyond a reasonable doubt:

From October 2018 to July 7, 2022, TULIO PENA ENRIQUEZ and JAIRO PENA ENRIQUEZ built semi-submersible vessels in Colombia for drug-trafficking organizations. TULIO PENA ENRIQUEZ and JAIRO PENA ENRIQUEZ knew their semi-submersible vessels were being used to transport illegal drugs and specifically built them at the request of drug-trafficking organizations.

On May 5, 2019, a United States Coast Guard cutter intercepted a semi-submersible vessel without nationality and subject to the jurisdiction of the United States in international waters approximately 185 nautical miles north of the Galapagos Islands, Ecuador. The semi-submersible vessel had no markings or indicia of nationality and was more than sixty percent below the waterline. A Coast Guard boarding team gained control of the semi-submersible vessel. The semi-

submersible vessel was carrying 1,259 kilograms of cocaine.

The semi-submersible vessel that was seized by the Coast Guard on May 5, 2019, carrying 1,259 kilograms of cocaine was built by TULIO PENA ENRIQUEZ and JAIRO PENA ENRIQUEZ.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 10/16/23    By: _____
MARC CHATTAH
ASSISTANT UNITED STATES ATTORNEY

Date: 10-16-23    By: _____
TULIO PENA ENRIQUEZ
DEFENDANT

Date: 10/16/23    By: _____
MAURICIO LOPEZ ALDAZABAL
ATTORNEY FOR DEFENDANT